### THE PEOPLE *v.* WHITE.

A sale of land at auction, where no note or memorandum is made by the auctioneer, and no writing exists between the parties, is void by the Statute of Frauds.

APPEAL from the District Court of the Fourth Judicial District.

This action was brought in the name of the People on the relation of the Attorney General, to recover the sum of $7895. The complaint alleges that the defendant was the highest bidder for the interest of the State in a lot in San Francisco within the water-line front of said city, at a sale thereof made by the Board of Commissioners, commonly known as the State Land Commissioners; that defendant bid off the lot in question for $20,000, but failed and refused to pay any portion thereof; that the lot was then re-sold by the Commissioners for $12,250, and this action was brought to recover the deficiency and expenses of re-sale.

The defendant demurred and answered. The answer pleads the Statute of Frauds, there being no note or memorandum in writing of said sale.

The cause was tried before the Court sitting as a jury, and the Court found that there was no note or memorandum in writing made at said sale, or existing between the parties, and that the sale was void—and entered judgment for defendant, from which plaintiff appealed.

*Wm. M. Stewart* for Appellant.

*E. Cook* for Respondent.

Mr. Justice HEYDENFELDT delivered the opinion of the Court. Mr. Justice TERRY concurred.

A sale of land at auction, where no note or memorandum of sale is made by the auctioneer, and no writing exists between the parties, is void by the Statute of Frauds.

Judgment affirmed.